
FILED
CLERK, U.S. DISTRICT COURT
July 3, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARLOS DEL TORO;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, formerly known as WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; NATIONAL DEFAULT SERVICES, LLC and DOES 1 through 20, inclusive;<br><br>Defendants. | CASE NO.: 2:18-cv-03709-SJO (Ex)<br><br>[~~XXXXXXXXXX~~ **PROPOSED**] **JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. S. James Otero*] |

On June 26. 2018, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued separately as "World Savings Bank, FSB") ("Wells Fargo"), dismissing the Complaint in its entirety without leave to amend.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant Wells Fargo; *and*

3. Plaintiff, Carlos Del Toro will recover nothing in this action from defendant Wells Fargo.

DATED: 7/3/18

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

**Served By Means Other Than the Court's CM/ECF System:**

*Plaintiff Pro Se*

Carlos Del Toro
9130 Manzanar Ave.
Downey, California 90240

Tel.: 714.292.8824

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on June 29, 2018.

| Carol Goodwin | */s/ Carol Goodwin* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |